EXHIBIT 2

| US9686655 | Calix GigaSpire BLAST u6.2 ("The Accused Product") |
|---|---|
| 1. A communication method of simultaneously transmitting a plurality of signals to a plurality of user groups using at least one antenna group in a communication system, comprising: | In at least testing and usage, the accused product utilizes a communication method (e.g., 802.11ax wireless communication) of simultaneously transmitting a plurality of signals (e.g., simultaneously transferring data to multiple user groups) to a plurality of user groups (e.g., multiple groups of users formed based on the different RU tones) using at least one antenna group (e.g., MIMO antenna) in a communication system. |

EXHIBIT 2

**DESCRIPTION**

The Calix GigaSpire® BLAST® u6.2 (GS4227E) is a new generation smart home system that extends the access network into the home and acts as a strategic location for control of the ultimate Wi-Fi experience. Besides supporting broadband connectivity of data and video services, this intelligent, high-performance system offers the latest 802.11ax 'Wi-Fi 6' technology. The GigaSpire BLAST u6.2 provides switching and routing functions that support multi-Gigabit throughput for IPTV video and data services.



https://www.mypremieronline.com/assets/documents/giga-spire-blast-u6.2-GS4227E-spec-sheet.pdf

EXHIBIT 2

### MULTI-GIGABIT SUBSCRIBER EXPERIENCE

The GigaSpire BLAST u6.2 is a premium smart home system that delivers the latest 'Wi-Fi 6' certified technology (802.11ax). The GigaSpire BLAST u6.2 uses a 2.5 Gigabit Ethernet link at the subscriber's premises to provide carrier-class Wi-Fi and four (4) Gigabit Ethernet interfaces for customer multi-media devices. The GigaSpire BLAST u6.2 enables residential subscribers to receive Gigabit broadband data, Internet Protocol (IP) video, and voice (POTS) services. Using the latest 802.11ax technology in both the 2.4 and 5 GHz radios, the GigaSpire BLAST u6.2 incorporates 6x6 streams of Wi-Fi delivery (2x2 @ 2.4 GHz and 4x4 @ 5 GHz). In addition, with multi-user multiple-input and multiple-output (MU-MIMO) and beamforming, the GigaSpire BLAST u6.2 allows service providers to extend the access network inside the home and establish a strategic location for the delivery and control of broadband services.

https://www.mypremieronline.com/assets/documents/giga-spire-blast-u6.2-GS4227E-spec-sheet.pdf

EXHIBIT 2

# IEEE P802.11ax™/D6.0

Draft Standard for Information technology— Telecommunications and information exchange between systems Local and metropolitan area networks— Specific requirements

**Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications**

**Amendment 1: Enhancements for High Efficiency WLAN**

Prepared by the 802.11 Working Group of the

**LAN/MAN Standards Committee**
of the
**IEEE Computer Society**

Copyright © 2019 by the IEEE.
Three Park Avenue
New York, New York 10016-5997, USA
All rights reserved.

Source: PDF of 802.11ax standard

EXHIBIT 2

**multi-user multiple input, multiple output (MU-MIMO):** A technique by which multiple stations (STAs), each with one or more antennas, either simultaneously transmit to a single STA or simultaneously receive from a single STA independent data streams over the same radio frequencies.

NOTE— IEEE Std 802.11 supports only downlink (DL) MU-MIMO. See downlink multi-user multiple input, multiple output (DL-MU-MIMO) (in 3.2).

**non-high-throughput (non-HT):** A modifier meaning neither not high throughput (HT), not nor very high throughput (VHT) and not high efficiency (HE).

**physical layer (PHY) protocol data unit (PPDU):** The unit of data exchanged between two peer PHY entities to provide the PHY data service.

*Insert the following definition maintaining alphabetical order:*

**orthogonal frequency division multiple access (OFDMA):** An orthogonal frequency division multiple (OFDM)-based multiple access technique by which multiple stations (STAs) either simultaneously transmit to a single STA or simultaneously receive from a single STA independent data streams over different groups of subcarriers.

Source: PDF of 802.11ax standard

EXHIBIT 2

### 27.3.1 Introduction

This subclause provides the procedure by which PSDUs are converted to and from transmissions on the wireless medium.

During transmission, a PSDU (in the SU case) or one or more PSDUs (in the MU case) are processed (i.e., scrambled and coded) and appended to the PHY preamble to create the PPDU. At the receiver, the PHY preamble is processed to aid in the detection, demodulation, and delivery of the PSDU.

#### 27.3.1.1 MU transmission

The MU transmissions include DL MU transmissions and UL MU transmissions.

DL MU transmission allows an AP to simultaneously transmit information to more than one non-AP STA. For a DL MU transmission, the AP uses the HE MU PPDU format and employs either DL OFDMA, DL MU-MIMO, or a mixture of both. UL MU transmission allows an AP to simultaneously receive information from more than one non-AP STA. UL MU transmissions are preceded by a triggering frame from the AP. The non-AP STAs transmit using the HE TB PPDU format and employ either UL OFDMA, UL MU-MIMO, or a mixture of both.

The HE PHY supports OFDMA transmissions, both in the DL and the UL where different users can occupy different RUs in a PPDU (see 27.3.10 (Mathematical description of signals)). The transmission within an RU in a PPDU may be a single stream to one user, spatially multiplexed to one user (SU-MIMO), or spatially multiplexed to multiple users (MU-MIMO).

NOTE—The VHT PHY supports only full bandwidth DL MU-MIMO as described in 21.3.11 (SU-MIMO and DL-MU-MIMO Beamforming).

The HE PHY supports DL MU-MIMO and UL MU-MIMO, for both the full bandwidth case as well as for the partial bandwidth case where MU-MIMO is used only on certain RUs in the PPDU. The combination of SU transmissions and MU-MIMO transmissions on different RUs in one PPDU is also supported.

Source: PDF of 802.11ax standard

EXHIBIT 2

### 26.5.1 HE DL MU operation

**26.5.1.1 General**

HE DL MU operation allows an AP to transmit simultaneously to one or more non-AP STAs in DL OFDMA, DL MU-MIMO or both.

The PSDU on each RU in an HE MU PPDU shall be padded to end at the same time, indicated by the L-SIG field as described in 27.3.11.5 (L-SIG).

The padding procedure for each A-MPDU in an HE MU PPDU is defined in 26.6.2.2 (A-MPDU padding in an HE SU PPDU, HE ER SU PPDU and HE MU PPDU).

An AP shall not transmit an HE MU PPDU with an RU that is narrower than the PPDU bandwidth and that is allocated to more than one STA (DL MU-MIMO) unless the AP has received from each STA an HE Capabilities element with the Partial Bandwidth DL MU-MIMO subfield in the HE PHY Capabilities Information field equal to 1.

Source: PDF of 802.11ax standard

EXHIBIT 2



**Figure 27-4—Illustration of OFDM and OFDMA concepts**

Source: PDF of 802.11ax standard

As shown below, data is transmitted to seven users simultaneously (as it is an OFDMA system) and different groups are made on the basis of number of resource unit allotted to each user. For example, as shown below, 6 users are allotted 106 resource units whereas 1 user is allotted 26 resource unit. In the second example, when the sixth transmission occurs, the AP simultaneously transmits downlink to clients 3, 4, and 6. In this instance, the 20 MHz channel is partitioned into three sub-channels; two 52-tone RUs are used for clients 3 and 4, and a 106-tone RU is used for client 6. Similarly, in another transmission combination it is possible to have two groups having two 52-tone RUs used for client 1, client 2 (group 1) and four 26-tone RUs used for client 3, 4, 5, and 6 (group 2).

EXHIBIT 2

**Case 2: Partial Bandwidth Allocation**

Partial BW MU-MIMO combines the advantages of OFDMA and MU-MIMO. The table shows a sample allocation for Partial BW MU-MIMO for 20MHz scenario, with a total of 4 streams.

| Table 6: Partial Bandwidth MU-MIMO Resource Allocation Example | | | |
|---|---|---|---|
| **Space-Time Stream (STS) Index** | **Lower 106-tone RU Allocation** | **Middle 26-tone RU Allocation** | **Upper 106-tone RU Allocation** |
| STS#1 | User 1 | User 7 | User 2 |
| STS#2 | User 3 | User 7 | User 4 |
| STS#3 | User 3 | User 7 | User 5 |
| STS#4 | User 3 | User 7 | User 6 |

In this case, 7 users are scheduled. For the sake of simplicity, pilot or null subcarriers are not shown in the figure. The RU allocation is as follows:

- 5 users (User1, User2, User4, User5, and User6) are assigned 106-subcarrier RUs each.

- User3 is allocated one 106-subcarrier RU in 3 different spatial streams.

- User7 is allocated a single 26-subcarrier RU on each of the 4 spatial streams.

Thus, MIMO enables transmission across four spatial streams and each spatial stream uses OFDMA to distribute RUs among users. The figure below illustrates the RU and spatial stream allocation.

https://www.arista.com/assets/data/pdf/Whitepapers/MU-MIMO-Whitepaper.pdf

EXHIBIT 2



*Figure 4: RU Allocation for Partial Bandwidth MU-MIMO*

https://www.arista.com/assets/data/pdf/Whitepapers/MU-MIMO-Whitepaper.pdf

EXHIBIT 2

*Orthogonal frequency-division multiple access (OFDMA)* is a multi-user version of OFDM digital-modulation technology. OFDMA subdivides a channel into smaller frequency allocations. By subdividing the channel, parallel transmissions of small frames to multiple clients can happen simultaneously.

A 20 MHz OFDMA channel consists of a total of 256 subcarriers (tones). These tones are grouped into smaller sub-channels, known as *resource units (RUs)*. As shown in Figure 1, when subdividing a 20 MHz channel, an 802.11ax access point designates 26, 52, 106, and 242 subcarrier resource units (RUs), which equates roughly to 2 MHz, 4 MHz, 8 MHz, and 20 MHz channels, respectively. The 802.11ax access point dictates how many RUs are used within a 20 MHz channel, and different combinations can be used.



*Figure 1- OFDMA resource units – 20 MHz channel*

http://resources.wavonline.com/what-are-ofdma-resource-units-in-802-11ax/

EXHIBIT 2



*Figure 2 – OFDMA transmissions over time*

http://resources.wavonline.com/what-are-ofdma-resource-units-in-802-11ax/

EXHIBIT 2

| | In the example shown in Figure 2, the 802.11ax AP first simultaneously transmits downlink to 802.11ax clients 1 and 2. The 20 MHz OFDMA channel is effectively partitioned into two sub-channels. Remember that an ODFMA 20 MHz channel has a total of 256 subcarriers; however, the AP simultaneously transmitted to clients 1 and 2 using two different 106-tone resource units. In the second transmission, the AP simultaneously transmits downlink to clients 3, 4, 5, and 6. In this case, the ODFMA channel had to be partitioned into four separate 52-tone sub-channels. In the third transmission, the AP uses a single 242-tone resource unit to transmit downlink to a single client (5). Using a single 242-tone resource unit is effectively using the entire 20 MHz channel. In the fourth transmission, the AP simultaneously transmits downlink to clients 4 and 6 using two 106-tone resource units. In the fifth transmission, the AP once again transmits only downlink to a single client, with a single 242-tone RU utilizing the entire 20 MHZ channel. In the sixth transmission, the AP simultaneously transmits downlink to clients 3, 4, and 6. In this instance, the 20 MHz channel is partitioned into three sub-channels; two 52-tone RUs are used for clients 3 and 4, and a 106-tone RU is used for client 6. <br> http://resources.wavonline.com/what-are-ofdma-resource-units-in-802-11ax/ |
| --- | --- |

EXHIBIT 2

### 27.3.2.2 Resource unit, guard and DC subcarriers

The RUs defined for DL and UL transmission are as follows: 26-tone RU, 52-tone RU, 106-tone RU, 242-tone RU, 484-tone RU, 996-tone RU and 2×996-tone RU.

The 26-tone RU, 52-tone RU, 106-tone RU and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz and 80+80 MHz HE MU PPDU format. The 52-tone RU, 106-tone RU and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz and 80+80 MHz HE TB PPDU format. The 26-tone RU is used

Copyright © 2019 IEEE. All rights reserved.
This is an unapproved IEEE Standards Draft, subject to change.

505

orized licensed use limited to: The University of Toronto. Downloaded on January 04,2020 at 01:02:42 UTC from IEEE Xplore. Restrictions app

IEEE P802.11ax/D6.0, November 2019

in the 20 MHz, 40 MHz, 80 MHz, 160 MHz and 80+80 MHz HE TB PPDU format unless a STA is operating in an operating class for which the behavior limits set listed in Annex E includes the DFS_50_100_Behavior (see 26.5.2.2.1 (General) and 26.5.2.3 (Non-AP STA behavior for UL MU operation)). The 106-tone RU is used in the HE ER SU PPDU format.

Source: PDF of 802.11ax standard

EXHIBIT 2



Table 27-7—Data and pilot subcarrier indices for RUs in a 20 MHz HE PPDU and in a non-OFDMA 20 MHz HE PPDU

Group 2

| RU type | RU index and subcarrier range | | | | |
|---|---|---|---|---|---|
| 26-tone RU | RU 1 $[-121: -96]$ | RU 2 $[-95: -70]$ | RU 3 $[-68: -43]$ | RU 4 $[-42: -17]$ | RU 5 $[-16: -4, 4: 16]$ |
| | RU 6 $[17: 42]$ | RU 7 $[43: 68]$ | RU 8 $[70: 95]$ | RU 9 $[96: 121]$ | |
| 52-tone RU | RU 1 $[-121: -70]$ | RU 2 $[-68: -17]$ | RU 3 $[17: 68]$ | RU 4 $[70: 121]$ | |
| 106-tone RU | RU 1 $[-122: -17]$ | | RU 2 $[17: 122]$ | | |
| 242-tone RU | Group 1 | RU 1 $[-122: -2, 2:122]$ | | | |

The subcarrier index of 0 corresponds to the DC tone. Negative subcarrier indices correspond to subcarries with frequency lower than the DC tone, and positive subcarrier indices correspond to subcarriers with frequency higher than the DC tone.

RU 5 is the middle 26-tone RU.

Source: PDF of 802.11ax standard

EXHIBIT 2

The location of the 26-tone RUs are shown in Figure 27-5 (RU locations in a 20 MHz HE PPDU), Figure 27-6 (RU locations in a 40 MHz HE PPDU) and Figure 27-7 (RU locations in an 80 MHz HE PPDU) for the 20 MHz, 40 MHz and 80 MHz HE MU PPDU formats or HE TB PPDU formats using OFDMA transmission, respectively. The same structure as used for the 80 MHz HE MU PPDU formats or HE TB PPDU formats using OFDMA transmission is used for both the Primary 80 MHz and Secondary 80 MHz channels in the 160 MHz and 80+80 MHz HE MU PPDU or HE TB PPDU formats using OFDMA transmission.



**Figure 27-5—RU locations in a 20 MHz HE PPDU**

Source: PDF of 802.11ax standard

EXHIBIT 2

**MU-MIMO**



In essence, the MU-MIMO technology remains the same between 11ac and 11ax. When multiple clients are trying to access the medium at the same time, the AP uses RF multipath to send frames to multiple clients at the same time instance. This technology is called MU-MIMO and it utilizes diversity in space.

The difference between downlink MU-MIMO in 11ac and 11ax is that in the latter, the groups of clients are now bigger (up to eight clients in a group) instead of a maximum of four clients in one group. In contrast, MU-MIMO on the uplink is a new feature in 802.11ax that will roll out in the next phase of the standard.

https://www.networkworld.com/article/3366216/what-s-the-difference-between-ofdma-and-mu-mimo-in-11ax.html

EXHIBIT 2



Figure 13: Downlink multi-user MIMO transmission

MU-MIMO is only possible where propagation characteristics allow the AP to identify that a transmission optimized for one client or group of clients will not be heard at a significant signal strength by another client, and vice versa. These are the conditions that allow it to build separate data frames for each client group, and transmit them simultaneously.

https://www.arubanetworks.com/assets/wp/WP_802.11AX.pdf

| assigning the at least one antenna group to the plurality of user groups; | In at least testing and usage, the accused product utilizes the 802.11ax standard which dictates assigning the at least one antenna group (e.g., MIMO antennas) to the plurality of user groups (e.g., group 1 having users using two 52-RUs, and group 2 having users using four 26-RUs). |
|---|---|

EXHIBIT 2

**multi-user multiple input, multiple output (MU-MIMO):** A technique by which multiple stations (STAs), each with one or more antennas, either simultaneously transmit to a single STA or simultaneously receive from a single STA independent data streams over the same radio frequencies.

NOTE—IEEE Std 802.11 supports only downlink (DL) MU-MIMO. See downlink multi-user multiple input, multiple output (DL-MU-MIMO) (in 3.2).

**non-high-throughput (non-HT):** A modifier meaning neither not high throughput (HT), not nor very high throughput (VHT) and not high efficiency (HE).

**physical layer (PHY) protocol data unit (PPDU):** The unit of data exchanged between two peer PHY entities to provide the PHY data service.

*Insert the following definition maintaining alphabetical order:*

**orthogonal frequency division multiple access (OFDMA):** An orthogonal frequency division multiple (OFDM)-based multiple access technique by which multiple stations (STAs) either simultaneously transmit to a single STA or simultaneously receive from a single STA independent data streams over different groups of subcarriers.

Source: PDF of 802.11ax standard

EXHIBIT 2

### 27.3.1 Introduction

This subclause provides the procedure by which PSDUs are converted to and from transmissions on the wireless medium.

During transmission, a PSDU (in the SU case) or one or more PSDUs (in the MU case) are processed (i.e., scrambled and coded) and appended to the PHY preamble to create the PPDU. At the receiver, the PHY preamble is processed to aid in the detection, demodulation, and delivery of the PSDU.

#### 27.3.1.1 MU transmission

The MU transmissions include DL MU transmissions and UL MU transmissions.

DL MU transmission allows an AP to simultaneously transmit information to more than one non-AP STA. For a DL MU transmission, the AP uses the HE MU PPDU format and employs either DL OFDMA, DL MU-MIMO, or a mixture of both. UL MU transmission allows an AP to simultaneously receive information from more than one non-AP STA. UL MU transmissions are preceded by a triggering frame from the AP. The non-AP STAs transmit using the HE TB PPDU format and employ either UL OFDMA, UL MU-MIMO, or a mixture of both.

The HE PHY supports OFDMA transmissions, both in the DL and the UL where different users can occupy different RUs in a PPDU (see 27.3.10 (Mathematical description of signals)). The transmission within an RU in a PPDU may be a single stream to one user, spatially multiplexed to one user (SU-MIMO), or spatially multiplexed to multiple users (MU-MIMO).

NOTE—The VHT PHY supports only full bandwidth DL MU-MIMO as described in 21.3.11 (SU-MIMO and DL-MU-MIMO Beamforming).

The HE PHY supports DL MU-MIMO and UL MU-MIMO, for both the full bandwidth case as well as for the partial bandwidth case where MU-MIMO is used only on certain RUs in the PPDU. The combination of SU transmissions and MU-MIMO transmissions on different RUs in one PPDU is also supported.

Source: PDF of 802.11ax standard

EXHIBIT 2

*Orthogonal frequency-division multiple access (OFDMA)* is a multi-user version of OFDM digital-modulation technology. OFDMA subdivides a channel into smaller frequency allocations. By subdividing the channel, parallel transmissions of small frames to multiple clients can happen simultaneously.

A 20 MHz OFDMA channel consists of a total of 256 subcarriers (tones). These tones are grouped into smaller sub-channels, known as *resource units (RUs)*. As shown in Figure 1, when subdividing a 20 MHz channel, an 802.11ax access point designates 26, 52, 106, and 242 subcarrier resource units (RUs), which equates roughly to 2 MHz, 4 MHz, 8 MHz, and 20 MHz channels, respectively. The 802.11ax access point dictates how many RUs are used within a 20 MHz channel, and different combinations can be used.



*Figure 1- OFDMA resource units – 20 MHz channel*

http://resources.wavonline.com/what-are-ofdma-resource-units-in-802-11ax/

EXHIBIT 2



*Figure 2 – OFDMA transmissions over time*

http://resources.wavonline.com/what-are-ofdma-resource-units-in-802-11ax/

EXHIBIT 2

| | |
|---|---|
| | In the example shown in Figure 2, the 802.11ax AP first simultaneously transmits downlink to 802.11ax clients 1 and 2. The 20 MHz OFDMA channel is effectively partitioned into two sub-channels. Remember that an ODFMA 20 MHz channel has a total of 256 subcarriers; however, the AP simultaneously transmitted to clients 1 and 2 using two different 106-tone resource units. In the second transmission, the AP simultaneously transmits downlink to clients 3, 4, 5, and 6. In this case, the ODFMA channel had to be partitioned into four separate 52-tone sub-channels. In the third transmission, the AP uses a single 242-tone resource unit to transmit downlink to a single client (5). Using a single 242-tone resource unit is effectively using the entire 20 MHz channel. In the fourth transmission, the AP simultaneously transmits downlink to clients 4 and 6 using two 106-tone resource units. In the fifth transmission, the AP once again transmits only downlink to a single client, with a single 242-tone RU utilizing the entire 20 MHZ channel. In the sixth transmission, the AP simultaneously transmits downlink to clients 3, 4, and 6. In this instance, the 20 MHz channel is partitioned into three sub-channels; two 52-tone RUs are used for clients 3 and 4, and a 106-tone RU is used for client 6. <br><br> http://resources.wavonline.com/what-are-ofdma-resource-units-in-802-11ax/ |

EXHIBIT 2

### 27.3.2.2 Resource unit, guard and DC subcarriers

The RUs defined for DL and UL transmission are as follows: 26-tone RU, 52-tone RU, 106-tone RU, 242-tone RU, 484-tone RU, 996-tone RU and 2×996-tone RU.

The 26-tone RU, 52-tone RU, 106-tone RU and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz and 80+80 MHz HE MU PPDU format. The 52-tone RU, 106-tone RU and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz and 80+80 MHz HE TB PPDU format. The 26-tone RU is used

Copyright © 2019 IEEE. All rights reserved.          505
This is an unapproved IEEE Standards Draft, subject to change.

iorized licensed use limited to: The University of Toronto. Downloaded on January 04,2020 at 01:02:42 UTC from IEEE Xplore. Restrictions apr

IEEE P802.11ax/D6.0, November 2019

in the 20 MHz, 40 MHz, 80 MHz, 160 MHz and 80+80 MHz HE TB PPDU format unless a STA is operating in an operating class for which the behavior limits set listed in Annex E includes the DFS_50_100_Behavior (see 26.5.2.2.1 (General) and 26.5.2.3 (Non-AP STA behavior for UL MU operation)). The 106-tone RU is used in the HE ER SU PPDU format.

Source: PDF of 802.11ax standard

EXHIBIT 2



**Table 27-7—Data and pilot subcarrier indices for RUs in a 20 MHz HE PPDU and in a non-OFDMA 20 MHz HE PPDU**

Group 2

| RU type | RU index and subcarrier range | | | | |
|---|---|---|---|---|---|
| 26-tone RU | RU 1 [−121: −96] | RU 2 [−95: −70] | RU 3 [−68: −43] | RU 4 [−42: −17] | RU 5 [−16: −4, 4: 16] |
| | RU 6 [17: 42] | RU 7 [43: 68] | RU 8 [70: 95] | RU 9 [96: 121] | |
| 52-tone RU | RU 1 [−121: −70] | RU 2 [−68: −17] | RU 3 [17: 68] | RU 4 [70: 121] | |
| 106-tone RU | RU 1 [−122: −17] | | RU 2 [17: 122] | | |
| 242-tone RU | RU 1 [−122: −2, 2:122] | | | | |

Group 1

The subcarrier index of 0 corresponds to the DC tone. Negative subcarrier indices correspond to subcarries with frequency lower than the DC tone, and positive subcarrier indices correspond to subcarries with frequency higher than the DC tone.

RU 5 is the middle 26-tone RU.

Source: PDF of 802.11ax standard

EXHIBIT 2

**MU-MIMO**



In essence, the MU-MIMO technology remains the same between 11ac and 11ax. When multiple clients are trying to access the medium at the same time, the AP uses RF multipath to send frames to multiple clients at the same time instance. This technology is called MU-MIMO and it utilizes diversity in space.

The difference between downlink MU-MIMO in 11ac and 11ax is that in the latter, the groups of clients are now bigger (up to eight clients in a group) instead of a maximum of four clients in one group. In contrast, MU-MIMO on the uplink is a new feature in 802.11ax that will roll out in the next phase of the standard.

https://www.networkworld.com/article/3366216/what-s-the-difference-between-ofdma-and-mu-mimo-in-11ax.html

EXHIBIT 2



MU-MIMO is only possible where propagation characteristics allow the AP to identify that a transmission optimized for one client or group of clients will not be heard at a significant signal strength by another client, and vice versa. These are the conditions that allow it to build separate data frames for each client group, and transmit them simultaneously.

https://www.arubanetworks.com/assets/wp/WP_802.11AX.pdf

| generating a user group signal by combining user signals for each user group using a user multiplexing method; | In at least testing and usage, the accused product utilizes the 802.11ax standard which dictates generating a user group signal (e.g., multiplexed user group signal having data related to different users) by combining user signals for each user group using a user multiplexing method (e.g., OFDMA). |
|---|---|

EXHIBIT 2

## 27.3.1.2 OFDMA

OFDMA is an OFDM-based multiple access scheme where different subsets of subcarriers are allocated to different users, allowing simultaneous data transmission to or from one or more users. In OFDMA, users are allocated different subsets of subcarriers that can change from one PPDU to the next. The difference between OFDM and OFDMA is illustrated in Figure 27-4 (Illustration of OFDM and OFDMA concepts). Similar to OFDM, OFDMA employs multiple subcarriers, but the subcarriers are divided into several groups

504

Copyright © 2019 IEEE. All rights reserved.
This is an unapproved IEEE Standards Draft, subject to change.

orized licensed use limited to: The University of Toronto. Downloaded on January 04,2020 at 01:02:42 UTC from IEEE Xplore.  Restrictions a

IEEE P802.11ax/D6.0, November 2019

where each group is referred to as an RU. With OFDMA, different transmit powers may be applied to different RUs.
Source: PDF of 802.11ax standard

EXHIBIT 2

*Orthogonal frequency-division multiple access (OFDMA)* is a multi-user version of OFDM digital-modulation technology. OFDMA subdivides a channel into smaller frequency allocations. By subdividing the channel, parallel transmissions of small frames to multiple clients can happen simultaneously.

A 20 MHz OFDMA channel consists of a total of 256 subcarriers (tones). These tones are grouped into smaller sub-channels, known as *resource units (RUs)*. As shown in Figure 1, when subdividing a 20 MHz channel, an 802.11ax access point designates 26, 52, 106, and 242 subcarrier resource units (RUs), which equates roughly to 2 MHz, 4 MHz, 8 MHz, and 20 MHz channels, respectively. The 802.11ax access point dictates how many RUs are used within a 20 MHz channel, and different combinations can be used.



*Figure 1- OFDMA resource units – 20 MHz channel*

http://resources.wavonline.com/what-are-ofdma-resource-units-in-802-11ax/

EXHIBIT 2



Figure 2 – OFDMA transmissions over time

http://resources.wavonline.com/what-are-ofdma-resource-units-in-802-11ax/

EXHIBIT 2

| | In the example shown in Figure 2, the 802.11ax AP first simultaneously transmits downlink to 802.11ax clients 1 and 2. The 20 MHz OFDMA channel is effectively partitioned into two sub-channels. Remember that an ODFMA 20 MHz channel has a total of 256 subcarriers; however, the AP simultaneously transmitted to clients 1 and 2 using two different 106-tone resource units. In the second transmission, the AP simultaneously transmits downlink to clients 3, 4, 5, and 6. In this case, the ODFMA channel had to be partitioned into four separate 52-tone sub-channels. In the third transmission, the AP uses a single 242-tone resource unit to transmit downlink to a single client (5). Using a single 242-tone resource unit is effectively using the entire 20 MHz channel. In the fourth transmission, the AP simultaneously transmits downlink to clients 4 and 6 using two 106-tone resource units. In the fifth transmission, the AP once again transmits only downlink to a single client, with a single 242-tone RU utilizing the entire 20 MHZ channel. In the sixth transmission, the AP simultaneously transmits downlink to clients 3, 4, and 6. In this instance, the 20 MHz channel is partitioned into three sub-channels; two 52-tone RUs are used for clients 3 and 4, and a 106-tone RU is used for client 6. <br> http://resources.wavonline.com/what-are-ofdma-resource-units-in-802-11ax/ |

EXHIBIT 2

## 27.3.2.2 Resource unit, guard and DC subcarriers

The RUs defined for DL and UL transmission are as follows: 26-tone RU, 52-tone RU, 106-tone RU, 242-tone RU, 484-tone RU, 996-tone RU and 2×996-tone RU.

The 26-tone RU, 52-tone RU, 106-tone RU and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz and 80+80 MHz HE MU PPDU format. The 52-tone RU, 106-tone RU and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz and 80+80 MHz HE TB PPDU format. The 26-tone RU is used

Copyright © 2019 IEEE. All rights reserved.
This is an unapproved IEEE Standards Draft, subject to change.

505

vorized licensed use limited to: The University of Toronto. Downloaded on January 04,2020 at 01:02:42 UTC from IEEE Xplore.  Restrictions app

IEEE P802.11ax/D6.0, November 2019

in the 20 MHz, 40 MHz, 80 MHz, 160 MHz and 80+80 MHz HE TB PPDU format unless a STA is operating in an operating class for which the behavior limits set listed in Annex E includes the DFS_50_100_Behavior (see 26.5.2.2.1 (General) and 26.5.2.3 (Non-AP STA behavior for UL MU operation)). The 106-tone RU is used in the HE ER SU PPDU format.

Source: PDF of 802.11ax standard

EXHIBIT 2



Table 27-7—Data and pilot subcarrier indices for RUs in a 20 MHz HE PPDU and in a non-OFDMA 20 MHz HE PPDU

Group 2

| RU type | RU index and subcarrier range | | | | |
|---|---|---|---|---|---|
| 26-tone RU | RU 1 [−121: −96] | RU 2 [−95: −70] | RU 3 [−68: −43] | RU 4 [−42: −17] | RU 5 [−16: −4, 4: 16] |
| | RU 6 [17: 42] | RU 7 [43: 68] | RU 8 [70: 95] | RU 9 [96: 121] | |
| 52-tone RU | RU 1 [−121: −70] | RU 2 [−68: −17] | RU 3 [17: 68] | RU 4 [70: 121] | |
| 106-tone RU | RU 1 [−122: −17] | | RU 2 [17: 122] | | |
| 242-tone RU | RU 1 [−122: −2, 2:122] | | | | |

Group 1

The subcarrier index of 0 corresponds to the DC tone. Negative subcarrier indices correspond to subcarries with frequency lower than the DC tone, and positive subcarrier indices correspond to subcarriers with frequency higher than the DC tone.

RU 5 is the middle 26-tone RU.

Source: PDF of 802.11ax standard

EXHIBIT 2

### MU-MIMO



In essence, the MU-MIMO technology remains the same between 11ac and 11ax. When multiple clients are trying to access the medium at the same time, the AP uses RF multipath to send frames to multiple clients at the same time instance. This technology is called MU-MIMO and it utilizes diversity in space.

The difference between downlink MU-MIMO in 11ac and 11ax is that in the latter, the groups of clients are now bigger (up to eight clients in a group) instead of a maximum of four clients in one group. In contrast, MU-MIMO on the uplink is a new feature in 802.11ax that will roll out in the next phase of the standard.

https://www.networkworld.com/article/3366216/what-s-the-difference-between-ofdma-and-mu-mimo-in-11ax.html

EXHIBIT 2



Figure 13: Downlink multi-user MIMO transmission

MU-MIMO is only possible where propagation characteristics allow the AP to identify that a transmission optimized for one client or group of clients will not be heard at a significant signal strength by another client, and vice versa. These are the conditions that allow it to build separate data frames for each client group, and transmit them simultaneously.

https://www.arubanetworks.com/assets/wp/WP_802.11AX.pdf

| combining a plurality of user group signals using a group multiplexing method; and | In at least testing and usage, the accused product utilizes the 802.11ax standard which dictates combining a plurality of user group signals using a group multiplexing (e.g., OFDMA) method. |
|---|---|

EXHIBIT 2

*Orthogonal frequency-division multiple access (OFDMA)* is a multi-user version of OFDM digital-modulation technology. OFDMA subdivides a channel into smaller frequency allocations. By subdividing the channel, parallel transmissions of small frames to multiple clients can happen simultaneously.

A 20 MHz OFDMA channel consists of a total of 256 subcarriers (tones). These tones are grouped into smaller sub-channels, known as *resource units (RUs)*. As shown in Figure 1, when subdividing a 20 MHz channel, an 802.11ax access point designates 26, 52, 106, and 242 subcarrier resource units (RUs), which equates roughly to 2 MHz, 4 MHz, 8 MHz, and 20 MHz channels, respectively. The 802.11ax access point dictates how many RUs are used within a 20 MHz channel, and different combinations can be used.



*Figure 1- OFDMA resource units – 20 MHz channel*

http://resources.wavonline.com/what-are-ofdma-resource-units-in-802-11ax/

EXHIBIT 2



Figure 2 – OFDMA transmissions over time

http://resources.wavonline.com/what-are-ofdma-resource-units-in-802-11ax/

EXHIBIT 2

| | In the example shown in Figure 2, the 802.11ax AP first simultaneously transmits downlink to 802.11ax clients 1 and 2. The 20 MHz OFDMA channel is effectively partitioned into two sub-channels. Remember that an ODFMA 20 MHz channel has a total of 256 subcarriers; however, the AP simultaneously transmitted to clients 1 and 2 using two different 106-tone resource units. In the second transmission, the AP simultaneously transmits downlink to clients 3, 4, 5, and 6. In this case, the ODFMA channel had to be partitioned into four separate 52-tone sub-channels. In the third transmission, the AP uses a single 242-tone resource unit to transmit downlink to a single client (5). Using a single 242-tone resource unit is effectively using the entire 20 MHz channel. In the fourth transmission, the AP simultaneously transmits downlink to clients 4 and 6 using two 106-tone resource units. In the fifth transmission, the AP once again transmits only downlink to a single client, with a single 242-tone RU utilizing the entire 20 MHZ channel. In the sixth transmission, the AP simultaneously transmits downlink to clients 3, 4, and 6. In this instance, the 20 MHz channel is partitioned into three sub-channels; two 52-tone RUs are used for clients 3 and 4, and a 106-tone RU is used for client 6.<br>http://resources.wavonline.com/what-are-ofdma-resource-units-in-802-11ax/ |

### 27.3.2.2 Resource unit, guard and DC subcarriers

The RUs defined for DL and UL transmission are as follows: 26-tone RU, 52-tone RU, 106-tone RU, 242-tone RU, 484-tone RU, 996-tone RU and 2×996-tone RU.

The 26-tone RU, 52-tone RU, 106-tone RU and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz and 80+80 MHz HE MU PPDU format. The 52-tone RU, 106-tone RU and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz and 80+80 MHz HE TB PPDU format. The 26-tone RU is used

Copyright © 2019 IEEE. All rights reserved.                                505
This is an unapproved IEEE Standards Draft, subject to change.

iorized licensed use limited to: The University of Toronto. Downloaded on January 04,2020 at 01:02:42 UTC from IEEE Xplore. Restrictions ap

IEEE P802.11ax/D6.0, November 2019

in the 20 MHz, 40 MHz, 80 MHz, 160 MHz and 80+80 MHz HE TB PPDU format unless a STA is operating in an operating class for which the behavior limits set listed in Annex E includes the DFS_50_100_ Behavior (see 26.5.2.2.1 (General) and 26.5.2.3 (Non-AP STA behavior for UL MU operation)). The 106-tone RU is used in the HE ER SU PPDU format.

Source: PDF of 802.11ax standard

EXHIBIT 2



Table 27-7—Data and pilot subcarrier indices for RUs in a 20 MHz HE PPDU and in a non-OFDMA 20 MHz HE PPDU

Group 2

Group 1

| RU type | RU index and subcarrier range | | | | |
|---|---|---|---|---|---|
| 26-tone RU | RU 1 [−121: −96] | RU 2 [−95: −70] | RU 3 [−68: −43] | RU 4 [−42: −17] | RU 5 [−16: −4, 4: 16] |
| | RU 6 [17: 42] | RU 7 [43: 68] | RU 8 [70: 95] | RU 9 [96: 121] | |
| 52-tone RU | RU 1 [−121: −70] | RU 2 [−68: −17] | RU 3 [17: 68] | RU 4 [70: 121] | |
| 106-tone RU | RU 1 [−122: −17] | | RU 2 [17: 122] | | |
| 242-tone RU | RU 1 [−122: −2, 2:122] | | | | |

The subcarrier index of 0 corresponds to the DC tone. Negative subcarrier indices correspond to subcarries with frequency lower than the DC tone, and positive subcarrier indices correspond to subcarriers with frequency higher than the DC tone.

RU 5 is the middle 26-tone RU.

Source: PDF of 802.11ax standard

EXHIBIT 2

**MU-MIMO**



In essence, the MU-MIMO technology remains the same between 11ac and 11ax. When multiple clients are trying to access the medium at the same time, the AP uses RF multipath to send frames to multiple clients at the same time instance. This technology is called MU-MIMO and it utilizes diversity in space.

The difference between downlink MU-MIMO in 11ac and 11ax is that in the latter, the groups of clients are now bigger (up to eight clients in a group) instead of a maximum of four clients in one group. In contrast, MU-MIMO on the uplink is a new feature in 802.11ax that will roll out in the next phase of the standard.

https://www.networkworld.com/article/3366216/what-s-the-difference-between-ofdma-and-mu-mimo-in-11ax.html

EXHIBIT 2



Figure 13: Downlink multi-user MIMO transmission

MU-MIMO is only possible where propagation characteristics allow the AP to identify that a transmission optimized for one client or group of clients will not be heard at a significant signal strength by another client, and vice versa. These are the conditions that allow it to build separate data frames for each client group, and transmit them simultaneously.

https://www.arubanetworks.com/assets/wp/WP_802.11AX.pdf

| transmitting the combined plurality of user group signals to a plurality of users belonging to the | In at least testing and usage, the accused product utilizes the 802.11ax standard which dictates transmitting the combined plurality of user group signals (e.g., multiplexed signal) to a plurality of users (e.g., users of the groups) belonging to the plurality of user groups using the at least one antenna group (e.g., MIMO antenna). |
|---|---|

EXHIBIT 2

| plurality of user groups using the at least one antenna group, | *Orthogonal frequency-division multiple access (OFDMA)* is a multi-user version of OFDM digital-modulation technology. OFDMA subdivides a channel into smaller frequency allocations. By subdividing the channel, parallel transmissions of small frames to multiple clients can happen simultaneously. |
|---|---|

A 20 MHz OFDMA channel consists of a total of 256 subcarriers (tones). These tones are grouped into smaller sub-channels, known as *resource units (RUs)*. As shown in Figure 1, when subdividing a 20 MHz channel, an 802.11ax access point designates 26, 52, 106, and 242 subcarrier resource units (RUs), which equates roughly to 2 MHz, 4 MHz, 8 MHz, and 20 MHz channels, respectively. The 802.11ax access point dictates how many RUs are used within a 20 MHz channel, and different combinations can be used.



Figure 1- OFDMA resource units – 20 MHz channel

http://resources.wavonline.com/what-are-ofdma-resource-units-in-802-11ax/

EXHIBIT 2



*Figure 2 – OFDMA transmissions over time*

http://resources.wavonline.com/what-are-ofdma-resource-units-in-802-11ax/

EXHIBIT 2

In the example shown in Figure 2, the 802.11ax AP first simultaneously transmits downlink to 802.11ax clients 1 and 2. The 20 MHz OFDMA channel is effectively partitioned into two sub-channels. Remember that an ODFMA 20 MHz channel has a total of 256 subcarriers; however, the AP simultaneously transmitted to clients 1 and 2 using two different 106-tone resource units. In the second transmission, the AP simultaneously transmits downlink to clients 3, 4, 5, and 6. In this case, the ODFMA channel had to be partitioned into four separate 52-tone sub-channels. In the third transmission, the AP uses a single 242-tone resource unit to transmit downlink to a single client (5). Using a single 242-tone resource unit is effectively using the entire 20 MHz channel. In the fourth transmission, the AP simultaneously transmits downlink to clients 4 and 6 using two 106-tone resource units. In the fifth transmission, the AP once again transmits only downlink to a single client, with a single 242-tone RU utilizing the entire 20 MHZ channel. In the sixth transmission, the AP simultaneously transmits downlink to clients 3, 4, and 6. In this instance, the 20 MHz channel is partitioned into three sub-channels; two 52-tone RUs are used for clients 3 and 4, and a 106-tone RU is used for client 6.
http://resources.wavonline.com/what-are-ofdma-resource-units-in-802-11ax/

EXHIBIT 2

### 27.3.2.2 Resource unit, guard and DC subcarriers

The RUs defined for DL and UL transmission are as follows: 26-tone RU, 52-tone RU, 106-tone RU, 242-tone RU, 484-tone RU, 996-tone RU and 2×996-tone RU.

The 26-tone RU, 52-tone RU, 106-tone RU and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz and 80+80 MHz HE MU PPDU format. The 52-tone RU, 106-tone RU and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz and 80+80 MHz HE TB PPDU format. The 26-tone RU is used

Copyright © 2019 IEEE. All rights reserved.                                             505
This is an unapproved IEEE Standards Draft, subject to change.

orized licensed use limited to: The University of Toronto. Downloaded on January 04,2020 at 01:02:42 UTC from IEEE Xplore.  Restrictions app

IEEE P802.11ax/D6.0, November 2019

in the 20 MHz, 40 MHz, 80 MHz, 160 MHz and 80+80 MHz HE TB PPDU format unless a STA is operating in an operating class for which the behavior limits set listed in Annex E includes the DFS_50_100_Behavior (see 26.5.2.2.1 (General) and 26.5.2.3 (Non-AP STA behavior for UL MU operation)). The 106-tone RU is used in the HE ER SU PPDU format.

Source: PDF of 802.11ax standard

EXHIBIT 2



**Table 27-7—Data and pilot subcarrier indices for RUs in a 20 MHz HE PPDU and in a non-OFDMA 20 MHz HE PPDU**

Group 2

| RU type | RU index and subcarrier range | | | | |
|---|---|---|---|---|---|
| 26-tone RU | RU 1 [−121: −96] | RU 2 [−95: −70] | RU 3 [−68: −43] | RU 4 [−42: −17] | RU 5 [−16: −4, 4: 16] |
| | RU 6 [17: 42] | RU 7 [43: 68] | RU 8 [70: 95] | RU 9 [96: 121] | |
| 52-tone RU | RU 1 [−121: −70] | RU 2 [−68: −17] | RU 3 [17: 68] | RU 4 [70: 121] | |
| 106-tone RU | RU 1 [−122: −17] | | RU 2 [17: 122] | | |
| 242-tone RU | RU 1 [−122: −2, 2:122] | | | | |

Group 1

The subcarrier index of 0 corresponds to the DC tone. Negative subcarrier indices correspond to subcarries with frequency lower than the DC tone, and positive subcarrier indices correspond to subcarriers with frequency higher than the DC tone.

RU 5 is the middle 26-tone RU.

Source: PDF of 802.11ax standard

EXHIBIT 2

**MU-MIMO**



In essence, the MU-MIMO technology remains the same between 11ac and 11ax. When multiple clients are trying to access the medium at the same time, the AP uses RF multipath to send frames to multiple clients at the same time instance. This technology is called MU-MIMO and it utilizes diversity in space.

The difference between downlink MU-MIMO in 11ac and 11ax is that in the latter, the groups of clients are now bigger (up to eight clients in a group) instead of a maximum of four clients in one group. In contrast, MU-MIMO on the uplink is a new feature in 802.11ax that will roll out in the next phase of the standard.

https://www.networkworld.com/article/3366216/what-s-the-difference-between-ofdma-and-mu-mimo-in-11ax.html

EXHIBIT 2



4 clients, 3 groups

2 clients, 2 groups (dual-stream clients)

Figure 13: Downlink multi-user MIMO transmission

MU-MIMO is only possible where propagation characteristics allow the AP to identify that a transmission optimized for one client or group of clients will not be heard at a significant signal strength by another client, and vice versa. These are the conditions that allow it to build separate data frames for each client group, and transmit them simultaneously.

https://www.arubanetworks.com/assets/wp/WP_802.11AX.pdf

| wherein the plurality of user group signals are different from each other in terms of at least one of channel | In at least testing and usage, the accused product utilizes the 802.11ax standard which dictates that the plurality of user group signals are different from each other in terms of channel capacity (e.g., as different groups users has different bandwidth, i.e., 52-RUs has more bandwidth than 26-RUs (as shown below), therefore different groups has different data rates). |
|---|---|

EXHIBIT 2

| |
|---|
| condition factors, service condition factors, user condition factors, and transmission condition factors, wherein the channel condition factors include at least one of quality factors related to channel characteristics, and quality factors related to spatial characteristics; wherein the service condition factors include at least one of Quality-of-Service (QoS), a traffic class, and a location; wherein the user condition factors include at least one of the cost, the terminal capability, and a security level; and wherein the transmission condition factors include at least one of the user multiplexing method, a |

As shown below, the channel capacity C is directly proportional to the channel bandwidth, and therefore different channel bandwidth correspond to different channel capacities which in turn result in different channel capacities for different user groups.

### 13.3.1 Capacity of Gaussian Channel

A theorem which is complementary to Shannon's theorem and applies to a channel in which the noise is gaussian is known as the Shannon-Hartley theorem.

**Theorem**   The channel capacity of a white, bandlimited gaussian channel

$$C = B \log_2 \left(1 + \frac{S}{N}\right) \text{ bits/s} \tag{13.14}$$

where $B$ is the channel bandwidth, $S$ the signal power, and $N$ is the total noise within the channel bandwidth, that is, $N = \eta B$, with $\eta/2$ the (two-sided) power spectral density.

This theorem, although restricted to the gaussian channel, is of fundamental importance. First, we find that channels encountered in physical systems generally are, at least approximately, gaussian. Second, it turns out that the results obtained for a gaussian channel often provide a *lower bound* on the performance of a system operating over a nongaussian channel. Thus, if a particular encoder-decoder is used with a gaussian channel and an error probability $P_e$ results, then with a nongaussian channel another encoder-decoder can be designed so that the $P_e$ will be smaller. We may note that channel capacity equations corresponding to Eq. (13.14) have been derived for a number of nongaussian channels.

https://books.google.com/books?id=cI6y-d-yN1IC&q=shannon#v=onepage&q=f=false

EXHIBIT 2

group combining weight vector, an antenna group, a duplexing method, a multiple access method, a modulation method, a channel coding method, and a Multiple-Input Multiple-Output (MIMO) transmission method, wherein the quality factors related to channel characteristics include at least one of a Received Signal Strength Indicator (RSSI), a Signal-to-Noise Ratio (SNR), a Received Signal Strength Indicator (SINR), an error rate, a channel capacity, a providable data rate, the variance of a providable data rate, and an outage rate; and the quality factors related to spatial characteristics include at least one of the correlation among user

*Orthogonal frequency-division multiple access (OFDMA)* is a multi-user version of OFDM digital-modulation technology. OFDMA subdivides a channel into smaller frequency allocations. By subdividing the channel, parallel transmissions of small frames to multiple clients can happen simultaneously.

A 20 MHz OFDMA channel consists of a total of 256 subcarriers (tones). These tones are grouped into smaller sub-channels, known as *resource units (RUs)*. As shown in Figure 1, when subdividing a 20 MHz channel, an 802.11ax access point designates 26, 52, 106, and 242 subcarrier resource units (RUs), which equates roughly to 2 MHz, 4 MHz, 8 MHz, and 20 MHz channels, respectively. The 802.11ax access point dictates how many RUs are used within a 20 MHz channel, and different combinations can be used.



*Figure 1- OFDMA resource units – 20 MHz channel*

http://resources.wavonline.com/what-are-ofdma-resource-units-in-802-11ax/

EXHIBIT 2

| channels, the correlation among antennas, a rank of a channel matrix, and channel quality factors for each stream. |  |
| --- | --- |

*Figure 2 – OFDMA transmissions over time*

http://resources.wavonline.com/what-are-ofdma-resource-units-in-802-11ax/

EXHIBIT 2

| | In the example shown in Figure 2, the 802.11ax AP first simultaneously transmits downlink to 802.11ax clients 1 and 2. The 20 MHz OFDMA channel is effectively partitioned into two sub-channels. Remember that an ODFMA 20 MHz channel has a total of 256 subcarriers; however, the AP simultaneously transmitted to clients 1 and 2 using two different 106-tone resource units. In the second transmission, the AP simultaneously transmits downlink to clients 3, 4, 5, and 6. In this case, the ODFMA channel had to be partitioned into four separate 52-tone sub-channels. In the third transmission, the AP uses a single 242-tone resource unit to transmit downlink to a single client (5). Using a single 242-tone resource unit is effectively using the entire 20 MHz channel. In the fourth transmission, the AP simultaneously transmits downlink to clients 4 and 6 using two 106-tone resource units. In the fifth transmission, the AP once again transmits only downlink to a single client, with a single 242-tone RU utilizing the entire 20 MHZ channel. In the sixth transmission, the AP simultaneously transmits downlink to clients 3, 4, and 6. In this instance, the 20 MHz channel is partitioned into three sub-channels; two 52-tone RUs are used for clients 3 and 4, and a 106-tone RU is used for client 6.<br><br>http://resources.wavonline.com/what-are-ofdma-resource-units-in-802-11ax/ |
|---|---|

EXHIBIT 2

## 27.3.2.2 Resource unit, guard and DC subcarriers

The RUs defined for DL and UL transmission are as follows: 26-tone RU, 52-tone RU, 106-tone RU, 242-tone RU, 484-tone RU, 996-tone RU and 2×996-tone RU.

The 26-tone RU, 52-tone RU, 106-tone RU and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz and 80+80 MHz HE MU PPDU format. The 52-tone RU, 106-tone RU and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz and 80+80 MHz HE TB PPDU format. The 26-tone RU is used

Copyright © 2019 IEEE. All rights reserved.                                         505
This is an unapproved IEEE Standards Draft, subject to change.

orized licensed use limited to: The University of Toronto. Downloaded on January 04,2020 at 01:02:42 UTC from IEEE Xplore. Restrictions app

IEEE P802.11ax/D6.0, November 2019

in the 20 MHz, 40 MHz, 80 MHz, 160 MHz and 80+80 MHz HE TB PPDU format unless a STA is operating in an operating class for which the behavior limits set listed in Annex E includes the DFS_50_100_ Behavior (see 26.5.2.2.1 (General) and 26.5.2.3 (Non-AP STA behavior for UL MU operation)). The 106-tone RU is used in the HE ER SU PPDU format.

Source: PDF of 802.11ax standard

EXHIBIT 2



**Table 27-7—Data and pilot subcarrier indices for RUs in a 20 MHz HE PPDU and in a non-OFDMA 20 MHz HE PPDU**

Group 2

| RU type | RU index and subcarrier range | | | | |
|---|---|---|---|---|---|
| 26-tone RU | RU 1 [−121: −96] | RU 2 [−95: −70] | RU 3 [−68: −43] | RU 4 [−42: −17] | RU 5 [−16: −4, 4: 16] |
| | RU 6 [17: 42] | RU 7 [43: 68] | RU 8 [70: 95] | RU 9 [96: 121] | |
| 52-tone RU | RU 1 [−121: −70] | RU 2 [−68: −17] | RU 3 [17: 68] | RU 4 [70: 121] | |
| 106-tone RU | RU 1 [−122: −17] | | RU 2 [17: 122] | | |
| 242-tone RU | RU 1 [−122: −2, 2:122] | | | | |

Group 1

The subcarrier index of 0 corresponds to the DC tone. Negative subcarrier indices correspond to subcarries with frequency lower than the DC tone, and positive subcarrier indices correspond to subcarries with frequency higher than the DC tone.

RU 5 is the middle 26-tone RU.

Source: PDF of 802.11ax standard